UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| OLIVIA CASILLAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV 08-07441 AJW |
| | ) | |
| v. | ) | **J U D G M E N T** |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the Commissioner's decision is reversed, and this case is remanded to the Commissioner for an award of benefits consistent with the memorandum of decision filed concurrently herewith.

March 10, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge